HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES MILLS,<br><br>　　　　Defendant. | No. CR16-236 JLR<br><br>ORDER GRANTING MOTION FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285<br><br>~~(PROPOSED)~~ |



THE COURT having considered the motion of the defendant, the files and records therein,

IT IS THEREFORE ORDERED that the United States Marshal shall:

Arrange and provide the funds for the non-custodial transportation of Defendant from Seattle, Washington to Rochester, Minnesota to self-surrender for his sentence by Wednesday, December 20, 2017, and arrange and provide funds for his caregiver to accompany him to Rochester, Minnesota and then return to Seattle. This shall include one-way airfare for Mr. Mills (including any added expense to accommodate his wheelchair, if necessary) and roundtrip airfare for his caregiver between SeaTac International Airport and Rochester International Airport, overnight lodging for his

ORDER GRANTING MOTION
FOR TRAVEL EXPENSES - 1
( *U.S. v. James Mills*, CR16-236-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

caregiver near Rochester International Airport (if necessary), and ground transportation from the Rochester airport to and from FMC Rochester.

IT IS FURTHER ORDERED that the United States Marshal shall furnish to the defendant and his caregiver an adequate amount of money for subsistence expense to and from the destination, including overnight accommodations for his caregiver if necessary, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

DONE this 6 day of December, 2017.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for James Mills

ORDER GRANTING MOTION
FOR TRAVEL EXPENSES - 2
( *U.S. v. James Mills*, CR16-236-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100